Scottlynn J Hubbard, SBN 212970
Stephanie L. Ross, SBN 297840
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Dimas O'Campo

Dennis C. Huie, SBN 184377
Aaron M. Scolari, SBN 237397
**ROGERS JOSEPH O'DONNELL**
311 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457
Email: dhuie@rjo.com
         ascolari@rjo.com

Attorneys for Defendants J.A. Sutherland, Inc. dba Taco Bell #9488 and JAS Properties, LLC

United States District Court

Eastern District of California

| | |
|---|---|
| Dimas O'Campo, | Case No. 2:15-cv-02605-MCE-CMK |
| Plaintiff, | **Joint Stipulation for Dismissal and Order** |
| v. | |
| J. A. Sutherland, Inc. dba Taco Bell #9488; JAS Properties, LLC, | |
| Defendants. | |

*O'Campo v. J. A. Sutherland, Inc., et al.*                                          Case No. 2:15-cv-02605-MCE-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1

TO THE COURT AND ALL PARTIES:

 Plaintiff Dimas O'Campo and Defendants J.A. Sutherland, Inc. dba Taco Bell #9488; and JAS Properties, LLC, hereby stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 10, 2017    DISABLED ADVOCACY GROUP, APLC

          /s/   Scottlynn J Hubbard
          Scottlynn J Hubbard
          Attorneys for Plaintiff Dimas O'Campo

Dated: March 10, 2017    ROGERS JOSEPH O'DONNELL

          /s/   Dennis C. Huie
          Dennis C. Huie
          Aaron M. Scolari
          Attorneys for Defendants J.A. Sutherland, Inc.
          dba Taco Bell #9488 and JAS Properties, LLC

## **ORDER**

 IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:15-cv-02605-MCE-CMK, is hereby dismissed with prejudice in its entirety.

 IT IS SO ORDERED.

Dated: March 17, 2017

              MORRISON C. ENGLAND, JR
              UNITED STATES DISTRICT JUDGE

*O'Campo v. J. A. Sutherland, Inc., et al.*    Case No. 2:15-cv-02605-MCE-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2